United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,                          No. C 16-80126 WHA

        Plaintiff,

  v.

INTEL CORPORATION, WILLIAM          **ORDER OF RECUSAL AND**
FAULKNER, JAMES MCMANIS,              **FOR REASSIGNMENT**
WILLIAM ALSUP, RICHARD
SEEBORG,

        Defendants.
_____/

     Michael Bruzzone was declared a vexatious litigant in 2014.  *Bruzzone v.*

*Intel Corporation*, No. 14-01279, 2014 WL 4090470, at *8 (N.D. Cal. Aug. 19, 2014).  The

order declaring Bruzzone a vexatious litigant subjected Bruzzone's further complaints in this

district to pre-filing review by the undersigned judge.  Bruzzone has filed a new complaint

naming the undersigned judge as a defendant.  Bruzzone has also named Judge Richard Seeborg

as a defendant, presumably after Judge Seeborg ruled on a previous complaint while serving as

the general duty judge.  The undersigned judge recuses himself from reviewing the complaint.

*See* 28 U.S.C. 455(b)(5).  The Clerk shall please reassign this matter to the general duty judge

for pre-filing review of Bruzzone's complaint.

     **IT IS SO ORDERED.**

Dated:   July 21, 2016.

                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE