UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-mc-80126-JST<br><br>**ORDER REJECTING COMPLAINT AND DISMISSING CASE**<br><br>Re: ECF No. 1 |

Pursuant to Judge Alsup's order in <u>Bruzzone v. Intel Corp.</u>, No. C-14-1279 WHA (N.D. Cal.) (ECF No. 88), the Court is required to conduct a pre-filing review of any proposed complaint submitted by Plaintiff against Intel Corporation.[1]

Having reviewed the proposed complaint in this action, the Court concludes that it does not state a potentially cognizable claim. Accordingly, the Clerk of the Court is instructed not to accept the proposed complaint for filing, and this action is dismissed.

IT IS SO ORDERED.

Dated: August 4, 2016

_____
JON S. TIGAR
United States District Judge

---

[1] The matter was initially assigned to Judge Alsup, who recused himself. ECF No. 5.